## Ex Parte Rodríguez.

### Application for a writ of Habeas Corpus.

No. 10.—Decided June 2, 1903.

Habeas Corpus.—Imprisonment for Costs.—A writ of *habeas corpus* will be denied where the petitioner is imprisoned by virtue of a judgment imposing additional imprisonment for failure to pay costs, until the principal penalty of imprisonment has expired.

### STATEMENT OF THE CASE.

The facts are set out by the petitioner as follows: Prisco Rodríguez was sentenced by the Arecibo Court, April 3, 1903, to imprisonment in jail for two months, and costs, upon conviction for a violation of the election law. These two months expired yesterday, in spite of which he is detained in jail to serve an additional term of twenty-eight days for failure to pay twenty-eight dollars and fifty-five cents as costs, according to the liquidation made. Inasmuch as the unpaid amount of costs imposed by district courts can not be substituted by imprisonment, the accused should suffer no imprisonment by reason of said default. Making use, therefore, of the right allowed under section

como pago de las costas, según liquidación practicada. No siendo computable por cárcel el importe de las costas que no se abonen por virtud de sentencia de las Cortes de Distrito, no debe el acusado sufrir pena por su falta de pago. En su virtud utilizando el derecho del artículo 469 del Código de Enjuiciamiento Criminal, solicito el oportuno auto de Habeas Corpus.

Abogado del peticionario: *Sr. Falcón.*

Abogado del Pueblo: *Sr. del Toro,* Fiscal.

No. 16.—Resuelto en Junio 3, 1903.

469 of the Code of Criminal Procedure, application is made for a writ of *habeas corpus.*

*Mr. Falcón,* for petitioner.

*Mr. del Toro,* (Fiscal), for the People.

### Opinion of the Court.

Ramón Falcón Esq., filed a petition in this court, dated May 29th last, requesting that a writ of *habeas corpus* be issued in favor of Prisco Rodríguez, a prisoner confined in the jail of this city, serving a sentence imposed by the District Court of Arecibo, in proceedings prosecuted against him for violation of the election law.

An order to the warden of the city jail having been issued on the aforesaid date, the hearing on the return of the writ of *habeas corpus* was had. Mr. Falcón and the Fiscal both being present argued the case.

Inasmuch as on the date the prisoner Prisco Rodríguez applied for a writ of *habeas corpus* he was lawfully restrained of his liberty, and his detention is still lawful, since the principal penalty of imprisonment for two months to which he was sentenced by the District Court of Arecibo, has not yet expired, the said Prisco Rodríguez cannot be discharged, and we impose upon him the costs.

Messrs. Chief Justice Quiñones, and Associate Justices Hernández, Figueras, Sulzbacher and MacLeary, concurring.